```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNIE EARL ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHNNIE EARL ROSS,<br><br>                    Defendant.<br>_____ | NO. CR-S-09-0055 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  August 21, 2009<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS, that the Status Conference hearing date of June 26, 2009, be vacated and a new Status Conference hearing date of August 21, 2009, at 9:00 a.m. be set.

   This continuance is requested because defense counsel is leaving the Federal Defender's Office and Assistant Federal Defender Douglas Beevers will be taking over the case.  Mr. Beevers will be transferring to Sacramento from the Fresno office effective August 3, 2009, and will

1  need time to review the file, discuss the matter with the government,
2  and visit with Mr. Ross at the Butte Co. Jail.
3      Defense counsel apologizes to the Court for the late filing of
4  this stipulation.  A continuance had been requested prior to the June
5  26, 2009, hearing date but counsel inadvertently neglected to file the
6  stipulation.
7      It is further stipulated that the period from June 26, 2009,
8  through and including August 21, 2009, should be excluded pursuant to
9  18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of
10 counsel and defense preparation.

11 Dated: July 16, 2009                Respectfully submitted,

12                                     DANIEL J. BRODERICK
                                       Federal Defender
13
                                       /s/ Mary. M. French
14                                     _____
                                       MARY M. FRENCH
15                                     Supervising Assistant
                                       Federal Defender
16                                     Attorney for Defendant
                                       JOHNNIE EARL ROSS
17

18 Dated: July 16, 2009                LAWRENCE G. BROWN
                                       Acting United States Attorney
19
                                       /s/  Mary M. French for
20                                          Todd Leras
                                       _____
21                                     TODD LERAS
                                       Assistant U.S. Attorney
22                                     per telephonic authorization
                                            **O R D E R**
23
   IT IS SO ORDERED.
24
   Dated:  July 20, 2009
25
26
                                       _____
27                                     GARLAND E. BURRELL, JR.
                                       United States District Judge
28

Stipulation and Order              -2-