DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
DOUGLAS J. BEEVERS, Bar No. USVI-766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNIE EARL ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-09-0055 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| JOHNNIE EARL ROSS, | ) Date: October 2, 2009 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |
| Defendant. | ) |

     It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Douglas Beevers, Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS, that the Status Conference hearing date of October 2, 2009, be vacated and a new Status Conference hearing date of October 9, 2009, at 9:00 a.m. be set.

     This continuance is requested because defense counsel has enrolled in a Federal Defender CLE seminar on October 2, 2009, and the parties are still negotiating on a probable plea resolution. Assistant United States Attorney Todd Leras has no objection to the one week continuance

1  to October 9, 2009.

2     In order to afford time to complete these tasks and to assure
3  continuity of defense counsel, the parties agree that time under the
4  Speedy Trial Act should be excluded from the date of this order through
5  October 9, 2009, pursuant to Title 18, United States Code, Section
6  3161(h)(7)(A) and (B)(iv)(Local Code T4).

7  Dated: September 1, 2009          Respectfully submitted,

8                                    DANIEL J. BRODERICK
                                     Federal Defender
9
                                     */s/ Douglas J. Beevers*
10                                   _____
11                                   DOUGLAS J. BEEVERS
                                     Assistant Federal Defender
                                     Attorney for Defendant
12                                   JOHNNIE EARL ROSS

13
    Dated: September 1, 2009         LAWRENCE G. BROWN
14                                   United States Attorney

15                                   */s/  Todd Leras*

16                                   _____
                                     TODD LERAS
                                     Assistant U.S. Attorney
17                                   per telephonic authorization

18

19
                                **O R D E R**
20
    IT IS SO ORDERED.
21
    Dated:  September 3, 2009
22
                                     _____
23                                   GARLAND E. BURRELL, JR.
24                                   United States District Judge

25

26

27

28

Stipulation and Order              -2-