```
1  DANIEL J. BRODERICK, Bar No. 89424
   Federal Defender
2  DOUGLAS J. BEEVERS, Bar No. USVI-766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOHNNIE EARL ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-09-0055 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| JOHNNIE EARL ROSS, | ) | Date: November 20, 2009 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Douglas Beevers, Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS, that the Status Conference hearing date of October 30, 2009, be vacated and a new Status Conference hearing date of November 20, 2009, at 9:00 a.m. be set.

This continuance is requested because the United States has proposed a new plea agreement which defense counsel needs reasonable time to review the plea with the defendant.  Since the defendant is held in Butte County Jail, defendant will need additional time for communications with counsel.  Assistant United States Attorney Todd Leras has no objection to the continuance to November 20, 2009.

1   In order to afford time to complete this task and to assure
2 continuity of defense counsel, the parties agree that time under the
3 Speedy Trial Act should be excluded from the date of this order through
4 November 20, 2009, pursuant to Title 18, United States Code, Section
5 3161(h)(7)(A) and (B)(iv)(Local Code T4).

6 Dated: October 28, 2009                Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8
                                         */s/ Douglas J. Beevers*
9                                        _____
                                         DOUGLAS J. BEEVERS
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11                                       JOHNNIE EARL ROSS

12
Dated: October 28, 2009                  LAWRENCE G. BROWN
13                                       United States Attorney

14                                       */s/  Todd Leras*
                                         _____
15                                       TODD LERAS
                                         Assistant U.S. Attorney
16                                       per telephonic authorization

17
                                  **O R D E R**
18

19   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
20 ordered that the status conference presently set for October 30, 2009,
21 be continued to November 20, 2009, at 9:00 a.m.  Based on the
22 representation of defense counsel and good cause appearing therefrom,
23 the Court hereby finds that the failure to grant a continuance in this
24 case would deny defendant reasonable time necessary for effective
25 preparation, taking into account the exercise of due diligence.  The
26 Court finds that the ends of justice to be served by granting a
27 continuance outweigh the best interests of the public and the defendant
28 in a speedy trial.  It is ordered that time from the date of this

Stipulation and Order            -2-

1  Order, to and including, the November 20, 2009 status conference shall
2  be excluded from computation of time within which the trial of this
3  matter must be commenced under the Speedy Trial Act pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
5  time to prepare.

7  IT IS SO ORDERED.

8  Dated:  October 29, 2009

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```