```
 1  DANIEL J. BRODERICK, Bar No. 89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, Bar No. USVI-766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOHNNIE EARL ROSS
 7
 8
                     IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )  NO. CR-S-09-0055 GEB
                                    )
12                  Plaintiff,      )
                                    )  STIPULATION AND ORDER CONTINUING
13       v.                         )  STATUS CONFERENCE
                                    )
14  JOHNNIE EARL ROSS,              )  Date: December 4, 2009
                                    )  Time: 9:00 a.m.
15                                  )  Judge: Garland E. Burrell, Jr.
                    Defendant.      )
16  _____ )
```

17    It is hereby stipulated between the parties, Todd Leras, Assistant
18 United States Attorney, attorney for plaintiff, and Douglas Beevers,
19 Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS,
20 that the Status Conference hearing date of November 20, 2009, be
21 vacated and a new Status Conference hearing date of December 4, 2009,
22 at 9:00 a.m. be set.

23    This continuance is requested because the United States has
24 proposed a new plea agreement which defense counsel needs reasonable
25 time to review the plea with the defendant.  Since the defendant is
26 held in Butte County Jail, defendant will need additional time for
27 communications with counsel.  Assistant United States Attorney Todd
28 Leras has no objection to the continuance to December 4, 2009.

1  In order to afford time to complete this task and to assure
2 continuity of defense counsel, the parties agree that time under the
3 Speedy Trial Act should be excluded from the date of this order through
4 December 4, 2009, pursuant to Title 18, United States Code, Section
5 3161(h)(7)(A) and (B)(iv)(Local Code T4).

6 Dated: November 18, 2009              Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8
                                         /s/ Douglas J. Beevers
9                                        _____
                                         DOUGLAS J. BEEVERS
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11                                       JOHNNIE EARL ROSS

12
Dated: November 18, 2009                 LAWRENCE G. BROWN
13                                       United States Attorney

14                                       /s/  Todd Leras
                                         _____
15                                       TODD LERAS
                                         Assistant U.S. Attorney
16                                       per telephonic authorization

17
                              **O R D E R**
18

19  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
20 ordered that the status conference presently set for November 20, 2009
21 be continued to December 4, 2009, at 9:00 a.m.  Based on the
22 representation of defense counsel and good cause appearing therefrom,
23 the Court hereby finds that the failure to grant a continuance in this
24 case would deny defendant reasonable time necessary for effective
25 preparation, taking into account the exercise of due diligence.  The
26 Court finds that the ends of justice to be served by granting a
27 continuance outweigh the best interests of the public and the defendant
28 in a speedy trial.  It is ordered that time from the date of this

Stipulation and Order            -2-

1  Order, to and including, the December 4, 2009 status conference shall
2  be excluded from computation of time within which the trial of this
3  matter must be commenced under the Speedy Trial Act pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
5  time to prepare.

7  IT IS SO ORDERED.

8  Dated:  November 20, 2009

         _____
         GARLAND E. BURRELL, JR.
         United States District Judge