1  DANIEL J. BRODERICK, Bar No. 89424
   Federal Defender
2  DOUGLAS J. BEEVERS, Bar No. USVI-766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOHNNIE EARL ROSS

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      )  NO. CR-S-09-0055 GEB
                                  )
12                  Plaintiff,    )
                                  )  STIPULATION AND ORDER CONTINUING
13      v.                        )  STATUS CONFERENCE
                                  )
14 JOHNNIE EARL ROSS,             )  Date:  January 8, 2010
                                  )  Time:  9:00 a.m.
15                                )  Judge: Garland E. Burrell, Jr.
                    Defendant.    )
16 _____)

17      It is hereby stipulated between the parties, Todd Leras, Assistant

18 United States Attorney, attorney for plaintiff, and Douglas Beevers,

19 Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS,

20 that the Status Conference hearing date of December 11, 2009, be

21 vacated and a new Status Conference hearing date of January 8, 2010, at

22 9:00 a.m. be set.

23      This continuance is requested because the parties are still

24 negotiating a plea agreement.  Additional time is needed, because the

25 parties are hoping to avoid the possibility of having a sentence

26 reopened if retroactive changes are made to the crack guidelines.

27 Since the defendant is held in Butte County Jail, defendant will need

28 additional time for communications with counsel.  Assistant United

1   States Attorney Todd Leras has no objection to the continuance to

2   January 8, 2010.

3       In order to afford time to complete this task and to assure

4   continuity of defense counsel, the parties agree that time under the

5   Speedy Trial Act should be excluded from the date of this order through

6   January 8, 2010, pursuant to Title 18, United States Code, Section

7   3161(h)(7)(A) and (B)(iv)(Local Code T4).

8   Dated: December 9, 2009          Respectfully submitted,

9                                    DANIEL J. BRODERICK
                                     Federal Defender
10
                                     /s/ Douglas J. Beevers
11                                   _____
12                                   DOUGLAS J. BEEVERS
                                     Assistant Federal Defender
                                     Attorney for Defendant
13                                   JOHNNIE EARL ROSS

14
    Dated: December 9, 2009          LAWRENCE G. BROWN
15                                   United States Attorney

16                                   /s/  Todd Leras
                                     _____
17                                   TODD LERAS
                                     Assistant U.S. Attorney
18                                   per telephonic authorization

19
                              **O R D E R**
20

21      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

22   ordered that the status conference presently set for December 11, 2009

23   be continued to January 8, 2010, at 9:00 a.m.  Based on the

24   representation of defense counsel and good cause appearing therefrom,

25   the Court hereby finds that the failure to grant a continuance in this

26   case would deny defendant reasonable time necessary for effective

27   preparation, taking into account the exercise of due diligence.  The

28   Court finds that the ends of justice to be served by granting a

1  continuance outweigh the best interests of the public and the defendant

2  in a speedy trial.   It is ordered that time from the date of this

3  Order, to and including, the January 8, 2010 status conference shall be

4  excluded from computation of time within which the trial of this matter

5  must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

6  3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to

7  prepare.

8

9  IT IS SO ORDERED.

10 Dated:  December 10, 2009

11

12  _____
    GARLAND E. BURRELL, JR.
13  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28