```
1  DANIEL J. BRODERICK, Bar No. 89424
   Federal Defender
2  DOUGLAS J. BEEVERS, Bar No. USVI-766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOHNNIE EARL ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-0055 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| JOHNNIE EARL ROSS, ) | Date:  March 12, 2010 |
| ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS, that the Status Conference hearing date of January 29, 2010, be vacated and a new Status Conference hearing date of **Friday, March 12, 2010, at 9:00 a.m.**, be set.

This continuance is requested because the parties are still negotiating a plea agreement and additional time is needed. The parties are hoping to avoid the possibility of having a sentence reopened if retroactive changes are made to the crack guidelines. In addition, defense counsel will need more time to communicate with Mr. Ross as he is being held in Butte County Jail.

1    IT IS FURTHER STIPULATED and agreed that the period from January
2 29, 2010, through and including March 12, 2010, be excluded in
3 computing the time within which trial must commence under the Speedy
4 Trial Act, pursuant to Title 18, U.S.C. § 3161(h)(7)(B)(iv) and Local
5 Code T4 for continuity and preparation of counsel.

6 Dated: January 28, 2010                Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8
                                         /s/ Douglas J. Beevers
9                                        _____
                                         DOUGLAS J. BEEVERS
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11                                       JOHNNIE EARL ROSS

12
   Dated: January 28, 2010                BENJAMIN B. WAGNER
13                                        United States Attorney

14                                        /s/ Douglas J. Beevers for

15                                        _____
                                          TODD LERAS
                                          Assistant U.S. Attorney
16                                        per telephonic authorization

17

18                                **O R D E R**

19 **IT IS SO ORDERED.**

20 Dated:  January 28, 2010

21

22                                        _____
                                          GARLAND E. BURRELL, JR.
23                                        United States District Judge

24

25

26

27

28

Stipulation and Order            -2-