```
DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNIE ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-0055 GEB |
| Plaintiff, | STIPULATION AND ORDER TO PRODUCE METHAMPHETAMINE SAMPLE TO DEFENSE EXPERT FOR TESTING PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(E) |
| v. | |
| JOHNNIE ROSS, | |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

Defendant, United States of America, by his counsel, Chief Assistant Federal Defender DOUGLAS J. BEEVERS, and Plaintiff, United States of America, by its counsel, Todd Leras, hereby stipulate and agree to the following:

1. The government will produce the cocaine or crack cocaine confiscated in this case and listed as exhibits 1 - 5 on page 5 of the discovery to be tested for net weight and purity by an expert hired by the defense.

2. Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E), the government shall allow the defense to independently inspect and analyze a representative sample from the above listed drug exhibits.

3. A Drug Enforcement Administration ("DEA") Special Agent or

1  Task Force Office shall deliver the drug exhibits identified above to
2  Judith Stewart, Senior Forensic Toxicologist, DEA License No.
3  RF0193778, of Forensic Analytical Science, Inc. located at 3777 Depot
4  Road 409, Hayward, California 94545, telephone number (510) 266-8100.
5  The DEA shall arrange for such delivery as soon as practical and shall
6  arrange for the deliver with Judith Stewart and/or Forensic Analytical
7  Science, Inc.

8       4.  Upon delivery of the above-listed drug exhibits to the defense
9  expert, a DEA Special Agent or Task Force Officer shall be present when
10 the defense expert inspects, weighs, and removes representative samples
11 from the above-listed drug exhibits for analysis.  The representative
12 samples shall be in the amount of 500 mg or not more than one-half the
13 current reserve weight from each exhibit.  The weight of each
14 representative sample taken shall be documented and signed by the
15 defense expert and provided to the DEA Special Agent or Task Force
16 Officer in attendance.  Upon the completion of the sample removal and
17 weighing, the defense expert shall, forthwith return the remaining
18 above-listed drug exhibit to the DEA Agent or Task Force Officer in
19 attendance.

20      5.  The defense expert shall conduct the qualitative analysis of
21 the samples agreed to in this stipulation and shall provide the
22 Government with a Declaration under penalty of perjury, executed by the
23 individual who conducted the analysis, or the head of the facility
24 where the analysis occurred, which states the quantity of each exhibit
25 sample returned to the Government, or a statement that all sample was
26 consumed during testing.

27
28

1    6. All remaining sample material, if there is any remaining after
2 testing, is to be returned by Judith Stewart or Forensic Analytical
3 Science, Inc. to the DEA at whatever address is supplied by the Agent
4 or Task Force Office who delivers the sample, by registered U.S. mail,
5 return receipt requested, or approved commercial carrier, within five
6 (5) business days after the completion of the analysis.

7    7. The defense agrees to provide the Government with a copy of
8 the results or reports of the tests performed by the defense expert as
9 provided Rule 16(b)(1)(B) of the Federal Rules of Criminal Procedure.

10   8. Finally, the defense expert, Judith Stewart, is to safeguard
11 the representative sample received, preserving the chain of custody in
12 a manner to faithfully protect the integrity of the exhibit received.

13 Dated: March 9, 2010                  Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ DOUGLAS J. BEEVERS
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOHNNIE ROSS

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ DOUGLAS J. BEEVERS for
                                        Todd Leras
                                        Assistant United States Attorney

23   The Court adopts the parties' stipulations.
24   **IT IS SO ORDERED.**

25 Dated: March 9, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stipulation Re: Discovery              -3-