DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNIE ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-0055 GEB |
| ) Plaintiff, ) | STIPULATION AND ORDER TO U.S. PROBATION TO PREPARE |
| v. ) | A PRE-PLEA PRESENTENCE REPORT |
| JOHNNIE ROSS, ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) Defendant. ) | |
| _____ ) | |

Defendant, United States of America, by his counsel, Chief Assistant Federal Defender DOUGLAS J. BEEVERS, and Plaintiff, United States of America, by its counsel, Todd Leras, hereby stipulate and agree to the following:

1. The parties request that the Court order U.S. Probation to prepare a pre-plea pre-sentence report including a criminal record check and a preliminary guideline calculations.

2. The Defendant agrees that all delay in the case resulting from the pre-plea presentence report process would be excluded for purposes of speedy trial calculations as a T4 continuance.

//

//

3. The parties agree to provide copies of any criminal records information to U.S. Probation to facilitate the preparation of the report. The parties believe that they have already obtained certified copies of most of the significant criminal history documents needed for a guideline calculation.

4. The parties believe that this pre-plea presentence report will facilitate a plea agreement, and will facilitate the preparation of a final presentence report.

Dated:  March 9, 2010                   Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ DOUGLAS J. BEEVERS
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOHNNIE ROSS

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ DOUGLAS J. BEEVERS for
                                        Todd Leras
                                        Assistant United States Attorney

**ORDER**

Based upon the stipulation of counsel set forth above, the Court adopts the stipulations.

**IT IS SO ORDERED.**

Dated:  March 9, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stipulation Re: Pre-plea presentence report         -2-