DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
DOUGLAS J. BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNIE EARL ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-09-0055 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| JOHNNIE EARL ROSS, | Date: April 23, 2010 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Douglas Beevers, Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS, that the Status Conference hearing date of March 12, 2010, be vacated and a new Status Conference hearing date of April 23,2010 at 9:00 a.m. be set.

This continuance is requested because the parties are still negotiating a plea agreement. Additional time is needed, because the parties are hoping to avoid the possibility of having a sentence reopened if retroactive changes are made to the crack guidelines. Since the defendant is held in Butte County Jail, defendant will need additional time for communications with counsel. Assistant United

1  States Attorney Todd Leras has no objection to the continuance to
2  April 23, 2010.
3      In order to afford time to complete this task and to assure
4  continuity of defense counsel, the parties agree that time under the
5  Speedy Trial Act should be excluded from the date of this order through
6  April 23, 2010, pursuant to Title 18, United States Code, Section
7  3161(h)(7)(A) and (B)(iv)(Local Code T4).

8  Dated: March 9, 2010                Respectfully submitted,

9                                      DANIEL J. BRODERICK
                                       Federal Defender
10
                                       /s/ Douglas J. Beevers
11                                     _____
                                       DOUGLAS J. BEEVERS
12                                     Assistant Federal Defender
                                       Attorney for Defendant
13                                     JOHNNIE EARL ROSS

14
    Dated: March 9, 2009               LAWRENCE G. BROWN
15                                     United States Attorney

16                                     /s/  Todd Leras
                                       _____
17                                     TODD LERAS
                                       Assistant U.S. Attorney
18                                     per telephonic authorization

19
                              **O R D E R**
20

21      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
22  ordered that the status conference presently set for March 12, 2010 be
23  continued to April 23,2010 at 9:00 a.m.  Based on the representation of
24  defense counsel and good cause appearing therefrom, the Court hereby
25  finds that the failure to grant a continuance in this case would deny
26  defendant reasonable time necessary for effective preparation, taking
27  into account the exercise of due diligence.  The Court finds that the
28  ends of justice to be served by granting a continuance outweigh the

Stipulation and Order            -2-

1  best interests of the public and the defendant in a speedy trial.  It
2  is ordered that time from the date of this Order, to and including, the
3  April 23, 2010 status conference shall be excluded from computation of
4  time within which the trial of this matter must be commenced under the
5  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
6  Code T-4, to allow defense counsel time to prepare.

7  Dated:  March 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order            -3-