1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )   CR. S-09-055 GEB
12          Plaintiff,           )
                                )   STIPULATION AND [PROPOSED]
13                              )   ORDER EXCLUDING TIME UNDER THE
       v.                       )   SPEEDY TRIAL ACT
14                              )
   JOHNNIE EARL ROSS,            )
15                              )
            Defendant.          )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties that the

19 time for trial of this matter under the Speedy Trial Act (18

20 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4) be excluded for the

21 period from April 23, 2010, up to and including May 21, 2010.

22      The request for exclusion of time is made on the ground that

23 the additional time is needed to allow completion of a pre-

24 plea/pre-sentence report.  The parties requested the report by a

25 "Stipulation and Order to U.S. Probation to Prepare a Pre-Plea

26 Pre-Sentence Report," filed on March 9, 2010.  The parties

27 concurrently filed a "Stipulation and [Proposed] Order Continuing

28 the Status Conference" from March 12, 2010 to April 23, 2010.

                                    1

1 The Court approved the latter request on March 15, 2010.
2      The United States Probation Department subsequently
3 requested that the matter be continued to May 21, 2010.  The
4 probation officer requested the additional time on the ground
5 that it was necessary for completion of the pre-plea/pre-sentence
6 report.  Both parties believe that information provided in the
7 pre-plea/pre-sentence report is a prerequisite to settlement.
8 Information in the report regarding probation's likely
9 recommended sentence and criminal history calculations will allow
10 the parties to finalize the terms of a proposed Plea Agreement.
11 Both the government and defendant agree that an exclusion of time
12 is appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4
13 (reasonable time to prepare).
14      Douglas Beevers agrees to this request and has authorized
15 Assistant United States Attorney Todd D. Leras to sign this
16 stipulation on his behalf.

17

18 DATED: April 9, 2010            By: /s/ Todd D. Leras
                                       TODD D. LERAS
19                                     Assistant U.S. Attorney

20

21 DATED: April 9, 2010            By: /s/ Todd D. Leras for
                                       DOUGLAS BEEVERS
22                                     Assistant Federal Defender
                                       Attorney for Defendant
23                                     JOHNNIE EARL ROSS

24

25

26

27

28

1  **IT IS HEREBY ORDERED:**

2  Based on the stipulations and representations of the
3  parties, the Court finds that the ends of justice outweigh the
4  best interest of the public and Defendant in a speedy trial.
5  Accordingly, time under the Speedy Trial Act shall be excluded
6  under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable
7  time to prepare) from April 23, 2010, up to and including May 21,
8  2010.

9  IT IS SO ORDERED.

10 Dated:  April 12, 2010

12                                   _____
                                     GARLAND E. BURRELL, JR.
13                                   United States District Judge