DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
DOUGLAS J. BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNIE EARL ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-0055 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| JOHNNIE EARL ROSS, ) | Date:  June 25, 2010 |
| ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Douglas Beevers, Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS, that the Status Conference hearing date of May 21, 2010, be vacated and a new Status Conference hearing date of June 25, 2010 at 9:00 a.m. be set.

This continuance is requested because the parties are still negotiating a plea agreement. Additional time is needed by United States Probation Officer, Lori V. Clanton to prepare the pre-plea presentence report. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the date of the parties' stipulation, May 19, 2010, and up to and including June 25, 2010, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: May 19, 2010                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Douglas J. Beevers
                                       _____
                                       DOUGLAS J. BEEVERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JOHNNIE EARL ROSS

Dated: May 19, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/  Todd Leras
                                       _____
                                       TODD LERAS
                                       Assistant U.S. Attorney

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 21, 2010, be continued to June 25, 2010, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The

Stipulation and Order                -2-

1  Court finds the ends of justice to be served by granting a continuance
2  outweigh the best interests of the public and the defendant in a speedy
3  trial. It is ordered that time from the date of the parties'
4  stipulation, May 19, 2010, up to and including, the June 25, 2010,
5  status conference shall be excluded from computation of time within
6  which the trial of this matter must be commenced under the Speedy Trial
7  Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local
8  Code T4 (allow defense counsel reasonable time to prepare).

10 IT IS SO ORDERED.

11 Dated:  May 19, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stipulation and Order                -3-