```
DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
DOUGLAS J. BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNIE EARL ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-0055 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| JOHNNIE EARL ROSS, ) | Date: June 25, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Douglas Beevers, Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS, that the Status Conference hearing date of June 25, 2010 , be vacated and a new Status Conference hearing date of July 16, 2010 at 9:00 a.m. be set.

This continuance is requested because counsel received the pre-plea presentence report this week and additional time is needed to negotiate a plea agreement. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

1 IT IS STIPULATED that the period from the date of the parties' signing of this stipulation, June 23, 2010, and up to and including the July 16, 2010 status conference, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: June 23, 2010                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Douglas J. Beevers*
                                        _____
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOHNNIE EARL ROSS

Dated: June 23, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/  Todd Leras*
                                        _____
                                        TODD LERAS
                                        Assistant U.S. Attorney

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 25, 2010, be continued to July 16, 2010 at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of

Stipulation and Order                   -2-

1  justice to be served by granting a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial. It is
3  ordered that time from the date of the parties' signing of this
4  stipulation, June 23, 2010, up to and including, the July 16, 2010 status
5  conference shall be excluded from computation of time within which the
6  trial of this matter must be commenced under the Speedy Trial Act
7  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code
8  T4 (allow defense counsel reasonable time to prepare).

10 IT IS SO ORDERED.

11 Dated:  June 24, 2010

13 _____
   GARLAND E. BURRELL, JR.
14 United States District Judge

Stipulation and Order           -3-