```
1  DANIEL J. BRODERICK, Bar No. 89424
   Federal Defender
2  DOUGLAS J. BEEVERS, AZ Bar # 016370
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOHNNIE EARL ROSS
7
8
                   IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,       )  NO. CR-S-09-0055 GEB
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND [PROPOSED] ORDER
13      v.                         )  CONTINUING STATUS CONFERENCE
                                   )
14 JOHNNIE EARL ROSS,              )  Date: August 6, 2010
                                   )  Time: 9:00 a.m.
15                                 )  Judge: Garland E. Burrell, Jr.
                Defendant.         )
16 _____)
```

17     It is hereby stipulated between the parties, Todd Leras, Assistant
18 United States Attorney, attorney for plaintiff, and Douglas Beevers,
19 Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS,
20 that the Status Conference hearing date of July 16, 2010 , be vacated and
21 a new Status Conference hearing date of August 6, 2010 at 9:00 a.m. be
22 set.
23     The reason for the continuance is to allow counsel additional time
24 to negotiate a resolution to this matter.  The parties agree a
25 continuance is necessary for these purposes, and agree to exclude time
26 under the Speedy Trial Act accordingly.
27 ///
28

IT IS STIPULATED that the period from the date of the parties' signing of this stipulation, and up to and including the August 6, 2010 status conference, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: July 14, 2010                  Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      */s/ Douglas J. Beevers*
                                      _____
                                      DOUGLAS J. BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JOHNNIE EARL ROSS


Dated: July 14, 2010                  BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/  Todd Leras*
                                      _____
                                      TODD LERAS
                                      Assistant U.S. Attorney


**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for July 16, 2010, be continued to August 6, 2010 at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of

Stipulation and Order                 -2-

1  justice to be served by granting a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial. It is
3  ordered that time from the date of the parties' signing of this
4  stipulation, up to and including, the August 6, 2010 status conference
5  shall be excluded from computation of time within which the trial of this
6  matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.
7  §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 (allow defense
8  counsel reasonable time to prepare).

10 IT IS SO ORDERED.

11 Dated:  July 15, 2010

13 _____
   GARLAND E. BURRELL, JR.
14 United States District Judge

Stipulation and Order                   -3-