DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, U.S.V.I. #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNIE EARL ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-0055 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| JOHNNIE EARL ROSS, ) | Date:  December 17, 2010 |
| ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated between the parties, TODD LERAS, Assistant United States Attorney, attorney for plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS, that the Status Conference hearing date of December 6, 2010 , be vacated and a new Status Conference hearing date of December 17, 2010 at 9:00 a.m. be set.

The reason for the continuance is to allow counsel additional time to negotiate a resolution in this matter. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

///

**IT IS STIPULATED** that the period from the date of the parties' signing of this stipulation, and up to and including the December 17, 2010 status conference, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: December 1, 2010          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 */s/ Douglas J. Beevers*
                                 DOUGLAS J. BEEVERS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JOHNNIE EARL ROSS

Dated: December 1, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/  Todd Leras*
                                 TODD LERAS
                                 Assistant U.S. Attorney

# O R D E R

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is ordered that the status conference presently set for December 6, 2010, be continued to December 17, 2010 at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best

Stipulation and Order                -2-

interests of the public and the defendant in a speedy trial. It is ordered that time from the date of the parties' signing of this stipulation, up to and including, the December 17, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

**IT IS SO ORDERED.**

Dated:   December 2, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                -3-