```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, U.S.V.I. #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNIE EARL ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-0055 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| JOHNNIE EARL ROSS, ) | Date: February 4, 2011 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, TODD LERAS, Assistant United States Attorney, attorney for plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JOHNNIE EARL ROSS, that the Status Conference hearing date of January 28, 2011 , be vacated and a new Status Conference hearing date of February 4, 2011 at 9:00 a.m. be set.

The reason for the continuance is to allow counsel additional time to negotiate a resolution in this matter. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

///

**IT IS STIPULATED** that the period from the date of the parties' signing of this stipulation, and up to and including the February 4, 2011 status conference, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: January 26, 2011               Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Douglas J. Beevers
                                      DOUGLAS J. BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JOHNNIE EARL ROSS

Dated: January 26, 2011               BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/  Todd Leras
                                      TODD LERAS
                                      Assistant U.S. Attorney

### O R D E R

**IT IS SO ORDERED.** It is ordered that time from the date of the parties' signing of this stipulation, up to and including, the February 4, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

Dated: January 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                 -2-