FILED
May 2, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHNNIE EARL ROSS, )<br>)<br>Defendant. ) | Case No. 2:09-cr-00055-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, JOHNNIE EARL ROSS, Case No. 2:09-cr-00055-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

____   Bail Posted in the Sum of: $

    ____   Co-Signed Unsecured Appearance Bond

    ____   Secured Appearance Bond

    __X__   (Other) Previously imposed supervised release conditions.

    ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __5/2/2016__ at __2:11 p.m.__

By _____
Edmund F. Brennan
United States Magistrate Judge