```
 1
 2
 3
 4
 5                    UNITED STATES DISTRICT COURT
 6                  EASTERN DISTRICT OF CALIFORNIA
 7
 8  UNITED STATES OF AMERICA,        No. 2:09-cr-0055-GEB
 9            Plaintiff,
10       v.
11  JOHNNIE EARL ROSS,
12            Defendant.
13  ─────────────────────────────
14  UNITED STATES OF AMERICA,        No. 2:18-cr-0229-MCE
              Plaintiff,
15
16       v.                          **RELATED CASES ORDER**
17  JOHNNIE EARL ROSS,
              Defendant.
18
19       On November 14, 2018, the United States of America filed
20  a "Notice of Related Cases" document concerning the above captioned
21  cases.  ECF No. 79.  The cases are related within the meaning of
22  Local Rule 123.  Under the regular practice of this court, related
23  cases are generally assigned to the judge to whom the first filed
24  case was assigned.  Therefore, Johnnie Earl Ross, 2:18-cr-0229-MCE
25  is reassigned to the undersigned judge for all further proceedings,
26  and the caption on the reassigned cases shall show the initials
27  "GEB."
28
                                   1
```

Further, any date currently set in the reassigned case is VACATED. The Clerk of the Court shall make any adjustment in the assignment of criminal cases necessitated by this reassignment.

Dated: November 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge